# UNITED STATES DISTRICT COURT
## DISTRICTS OF GUAM AND THE NORTHERN MARIANA ISLANDS
## PROBATION/PRETRIAL OFFICE

**FRANK MICHAEL CRUZ**
CHIEF PROBATION OFFICER
<u>Guam Office</u>
Second Floor, U.S. Courthouse
520 W. Soledad Avenue
Hagåtña, Guam 96910
Tel: (671) 473-9201
Fax: (671) 473-9202



<u>CNMI Office</u>
Horiguchi Bldg., Rm. 212
P.O. Box 687 CK
Saipan, MP 96950
Tel: (670) 236-2990
Fax: (670) 236-2992

January 26, 2007

**FILED**
DISTRICT COURT OF GUAM
JAN 26 2007
MARY L.M. MORAN
CLERK OF COURT

Honorable Frances M. Tydingco-Gatewood
Chief Judge
U.S. District Court of Guam
4th Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam  96910

Re:  **REYNOLDS, Kelly Marie**
     **USDC Cr. Cs. No.: 02-00049-001**

**TRANSFER OF JURISDICTION**

Dear Judge Tydingco-Gatewood:

Kelly Marie Reynolds was sentenced on October 16, 2002 to 60 months probation for Possession of Counterfeit U.S. Currency, in violation of 18 U.S.C. § 472. Conditions were modified on December 4, 2002 to include 100 hours of community service, and to return to Day One, Phase One of the substance abuse treatment program. Ms. Reynolds paid the $100 special assessment fee on November 22, 2003. On July 11, 2005, Ms. Reynolds' term of supervision was transferred to the District of Minnesota to allow her to re-unite with her mother, and to pursue better employment opportunities.

On January 12, 2007, the U.S. Probation Office for the District of Minnesota notified this Officer that Ms. Reynolds was recently cited for Driving Under the Influence. In order to better supervise Ms. Reynolds and to address violation behavior directly, the Probation Office respected that jurisdiction of this case be transferred to their district.

ORIGINAL

Transfer of Jurisdiction
Re: REYNOLDS, Kelly Marie
USDC Cr. Cs. No. 02-00049-001
January 26, 2007
Page 2

This Officer respectfully requests the transfer of jurisdiction to the U.S. District Court for the District of Minnesota where Ms. Reynolds resides be approved.

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: _____
ROBERT I. CARREON
U.S. Probation Officer

Reviewed by:

_____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc: File



RECEIVED
JAN 26 2007
DISTRICT COURT OF GUAM
HAGATNA, GUAM