| PROB 22 (Rev. 2/88) | | DOCKET NUMBER (Tran. Court) CR 02-00049-001 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER (Rec. Court) CR 07-61 JNE |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| **Kelly Marie Reynolds**<br>c/o USPO Dennis Bresnahan<br>**District of Minnesota**<br>300 S 4th St., Ste. 406<br>**Minneapolis, MN 55414-1320** | **GUAM** | |
| | NAME OF SENTENCING JUDGE | |
| | Honorable John S. Unpingco, Chief Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM July 11, 2005 — TO July 10, 2010 |

OFFENSE

Possession of Counterfeit U.S. Currency, in violation of 18 U.S.C. § 472.

FILED
DISTRICT COURT OF GUAM
MAR -7 2007
MARY L.M. MORAN
CLERK OF COURT

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR ____N/A____ DISTRICT OF ____GUAM____

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the **District of Minnesota** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

2/8/07    _____FRANCES M. TYDINGCO-GATEWOOD_____
Date                United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR ____N/A____ DISTRICT OF **MINNESOTA**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

2-26-07    _____
Effective Date         United States District Judge
                       Joan N. Ericksen