# United States District Court

DISTRICT OF GUAM
4TH FLOOR, U.S. COURTHOUSE
520 WEST SOLEDAD AVENUE
HAGÅTÑA, GUAM 96910

MARY L.M. MORAN  
CLERK OF COURT

TEL: (671) 473-9100  
FAX: (671) 473-9152

March 8, 2007

Mr. Richard D. Sletten, Clerk  
United States District Court  
District of Minnesota  
202 U.S. Courthouse  
300 South Fourth Street  
Minneapolis, MN 55415

Re: **District Court of Guam Criminal Case No. 02-00049**  
**District of Minnesota Criminal Case No. CR07-61 JNE**  
**USA vs. Kelly Marie Reynolds**

Dear Mr. Sletten:

Our Court is in receipt of form PROB 22, Transfer of Jurisdiction and Order, accepting the transfer of the above-entitled matter.

Enclosed are certified copies of the following documents:

1. Waiver of Indictment, filed June 17, 2002
2. Information, filed June 17, 2002
3. Plea Agreement, filed June 17, 2002
4. Judgment in a Criminal Case, filed October 18, 2002
5. Amended Judgment in a Criminal Case, filed December 27, 2002
6. Judgment (Revocation), filed February 10, 2004
7. Transfer of Jurisdiction and Order, filed March 7, 2007
8. Docket Sheet

Please acknowledge receipt on the enclosed copy of this letter.

Sincerely,

Virginia T. Kilgore  
Deputy Clerk

Enclosures  
cc: U.S. Probation Office, Guam (PROB 22 Only)   U.S. Attorney's Office, Guam (PROB 22 Only)