# United States District Court

DISTRICT OF GUAM
4TH FLOOR, U.S. COURTHOUSE
520 WEST SOLEDAD AVENUE
HAGÅTÑA, GUAM 96910

MARY L.M. MORAN
CLERK OF COURT

TEL: (671) 473-9100
FAX: (671) 473-9152

[Stamp: CLERK US DIST COURT MINNEAPOLIS MN MAR 1 6 2007]

March 8, 2007

Mr. Richard D. Sletten, Clerk
United States District Court
District of Minnesota
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Re: **District Court of Guam Criminal Case No. 02-00049**
**District of Minnesota Criminal Case No. CR07-61 JNE**
**USA vs. Kelly Marie Reynolds**

Dear Mr. Sletten:

Our Court is in receipt of form PROB 22, Transfer of Jurisdiction and Order, accepting the transfer of the above-entitled matter.

Enclosed are certified copies of the following documents:

1. Waiver of Indictment, filed June 17, 2002
2. Information, filed June 17, 2002
3. Plea Agreement, filed June 17, 2002
4. Judgment in a Criminal Case, filed October 18, 2002
5. Amended Judgment in a Criminal Case, filed December 27, 2002
6. Judgment (Revocation), filed February 10, 2004
7. Transfer of Jurisdiction and Order, filed March 7, 2007
8. Docket Sheet

Please acknowledge receipt on the enclosed copy of this letter.

Sincerely,

Virginia T. Kilgore
Deputy Clerk

[Stamp: RECEIVED MAR 26 2007 DISTRICT COURT OF GUAM HAGATNA, GUAM]

Enclosures
cc: U.S. Probation Office, Guam (PROB 22 Only)    U.S. Attorney's Office, Guam (PROB 22 Only)